FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC -5 PM 2: 32

PD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) Case No. A-055-066 CR (RRB) |
|---|---|
| Plaintiff, | ) |
| V. | ) |
| OMAR SALAZAR-CARDENAS, | ) |
| Defendant. | ) |

**UNOPPOSED MOTION OF DEFENDANT OMAR SALAZAR-CARDENAS FOR ENTRY OF AN ORDER POSTPONING THE CHANGE OF PLEA HEARING SCHEDULED FOR TUESDAY, DECEMBER 6, 2005, TO DECEMBER 8, 2005, OR SUCH OTHER DATE AS SOON THEREAFTER AS IS CONVENIENT TO THE DISTRICT COURT.**

Defendant, OMAR SALAZAR-CARDENAS, by and through Joe P. Josephson, the undersigned, his attorney of record, respectfully moves to continue the date of the Change of Plea hearing, currently scheduled for December 6, 2006, to December 8, 2005, or to such other date as soon thereafter as will be convenient to the District Court.

The grounds for this motion are that although the written Plea Agreement has been read to this defendant, in the Spanish language, the document itself has not been signed by him. That signature is anticipated to be affixed tomorrow, December 7.

Counsel for Mr. Salazar-Cardenas was in Washington, D. C., between November 30 and December 4. After Mr. Salazar-Cardenas signs the document, counsel for the defendant understands that the government will require approximately one day within which to

JOSEPHSON & ASSOCIATES, P.C.
Attorneys at Law
912 West Sixth Avenue
Anchorage, Alaska 99501
(907) 276-0151 (Tel)  (907) 276-0155 (Fax)

154

obtain the necessary signature or signatures to the same document.

The undersigned is authorized to report that neither this motion, or the accompanying motion seeking expedited consideration of this motion, is opposed by the United States.

Dated at Anchorage, Alaska, this 5th day of December, 2005.

*[signature]*
Joe P. Josephson
Alaska Bar No. 6102018
Attorney for Omar Salazar-Cardenas

Certificate of Service:

I certify that a true copy of the foregoing motion has been faxed to Karen Loeffler, Esq., Assistant United States Attorney, and is being hand-delivered as well, on Dec. 5, 2005, to the office of the U. S. Attorney for the District of Alaska, Federal Building, Anchorage, Alaska.

*[signature]*
Joe P. Josephson
Attorney for Omar Salazar-Cardenas

JOSEPHSON & ASSOCIATES, P.C.
Attorneys at Law
912 West Sixth Avenue
Anchorage, Alaska 99501
(907) 276-0151 (Tel)   (907) 276-0155 (Fax)

Motion to Continue Change of Plea Hearing, p. 2 of 2 pp.