DEBORAH M. SMITH
United States Attorney

KAREN L.LOEFFLER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
email: karen.loeffler@usdoj.gov


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:05-cr-066-RRB |
| | ) |
| Plaintiff, | ) **GOVERNMENT'S** |
| | ) **SENTENCING** |
| vs. | ) **MEMORANDUM** |
| | ) |
| VICTOR MANUEL ASTORGA, | ) |
| ALEJANDRO DOMINGUEZ BOJORQUEZ, | ) |
| JUAN JOSE CARDENAS-AGUAYO, and | ) |
| **OMAR SALAZAR-CARDENAS**, | ) |
| | ) |
| Defendants. | ) |

COMES NOW, the United States of America, by and through undersigned

counsel, and submits its sentencing memorandum concerning defendant, Omar

Salazar-Cardenas, as follows:

## I.     Summary of Estimated Guideline Calculations

The government has no objections to the presentence report calculations. Therefore, defendant is facing a guideline sentencing range of 70-84 months.  Mr. Salazar-Cardenas is further subject to a statutory mandatory minimum sentence of 5 years or 60 months.  The government will not be filing a motion for downward departure.

## II.     Response to Anticipated Objections

Neither party has filed objections to the presentence report.  The guideline calculation in that report is consistent with the anticipated guideline calculation set forth in the plea agreement.

## III.     Government's Recommendation

The parties' plea agreement significantly lowers defendant's sentencing exposure by limiting his statutory minimum sentence to 5 years.  While the government has no evidence that Mr. Salazar was involved in what appears to be the multiple shipments of cocaine to Anchorage that were distributed prior to the defendant's arrest, he was the one who recruited Mr. Astorga to accompany him to Alaska to get involved in the drug trade. Therefore the government believes that Mr. Salazar should be sentenced in the middle of the applicable guideline range.

RESPECTFULLY SUBMITTED this day, March 2, 2006, in

Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney


s/Karen Loeffler
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
email: karen.loeffler@usdoj.gov

**CERTIFICATE OF SERVICE**
I hereby certify that on March 2, 2006, a copy of the foregoing,
was served, electronically, on:

**Allen N. Dayan**
**Ronald Offret**
**Sue Ellen Tatter**
**Joe P. Josephson**

s/Karen Loeffler